IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DALEVECCIO TREMAINE THOMAS )
)
        Plaintiff, )
)
   v. )    1:23CV770
)
)
SMITH, et al., )
)
        Defendant(s). )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on September 13, 2023, was served on the parties in this action. (ECF Nos. 3, 4.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper §1983 forms, which correct the defects of the current complaint cited in the Magistrate Judge's Recommendation.

This, the 11th day of October 2023.

                                    /s/ Loretta C. Biggs
                                    United States District Judge